## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| FATIMA SENDEROVIC and<br>JASMIN AHMETOVIC, individually and<br>For all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER LEGAL GROUP PC, and<br>AREYAH WEBER,<br><br>Defendants. | **Case No. 3:24-cv-01326**<br><br>**STIPULATION EXTENDING TIME TO ANSWER** |

**WHEREAS,** this action was commenced on August 16, 2024;

**WHEREAS**, Defendant Areyah Weber was served on August 20, 2024, with an answer currently due on September 10, 2024;

**WHEREAS**, Defendant Consumer Legal Group, PC (together with defendant Areyah Weber, the "Defendants") executed a waiver of service pursuant to Fed.R.Civ,P. 4(d), with an answer due on November 9, 2024;

**WHEREAS,** because the parties desire for the matter to proceed along the same schedule once all Defendants have appeared and responded to the complaint, and because the Defendants are jointly represented, the parties desire to align the responsive pleading date for all Defendants; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiffs Fatima Senderovic and Jasmin Ahmetovic (collectively, "Plaintiffs"), on the one hand, and Defendants, on the other hand, that the time for Defendants to answer, move or otherwise respond to Plaintiffs' Complaint is hereby extended to and including November 9, 2024.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and that electronically reproduced or facsimile signatures shall be deemed to be originals for all purposes.

Dated: September 10, 2024

| | |
|---|---|
| **ERIC LINDH FOSTER LAW, LLC** | **BLANK ROME LLP** |
| By: */s/ Eric L. Foster* (with consent) <br> Eric L. Foster, Esq. <br> 48 Main Street <br> Old Saybrook, Connecticut 06475 <br> Phone: (203) 533-4321 <br> Email: efoster@lindhfoster.com | By: */s/ Craig M. Flanders* <br> Craig M. Flanders, Esq. <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> Phone: (212) 885-5000 <br> Email: craig.flanders@blankrome.com |
| *Attorneys for Plaintiffs Fatima Senderovic and Jasmin Ahmetovic* | *Attorneys for Defendants Consumer Legal Group, P.C. and Areyah Weber* |