UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FATIMA SENDEROVIC AND JASMIN
AHMETOVIC, INDIVIDUALLY AND FOR
ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

- against –

CONSUMER LEGAL GROUP, PC and
ARYEH WEBER,

Defendants.

Case No. 3:24-cv-01326

### DECLARATION IN SUPPORT OF MOTION TO DISMISS COMPLAINT AND STAY DISCOVERY

I, Jack Gross, Esq. declare as follows:

1.      I am the Managing Partner for Defendant, Consumer Legal Group, PC ("CLG"), and make this Declaration in support of CLG's Motion to Dismiss Plaintiff's Complaint and to Stay Discovery.

2.      I have personal knowledge of the facts and circumstances set forth in this Declaration, and if called as a witness, I could and would testify competently to such facts under oath.

3.      I have personal knowledge of CLG's business records and manner in which service agreements are forwarded to, and signed by, clients of CLG, and how the executed service agreements are stored and maintained in CLG's files.

4.      Annexed hereto at Exhibit A is a true and correct copy of the CLG service agreement signed by plaintiff, Jasmin Ahmetovic, on June 23, 2023.

5.      Annexed hereto at Exhibit B is a true and correct copy of the CLG service agreement signed by plaintiff, Fatima Senderovic, on June 16, 2023.

150960636

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: November 11, 2024

By: _____
Jack Gross

150960636