

Phone**: 212-920-1247**
support@consumerlegalgroup.com
PO Box 412 Elmsford, NY 10523
consumerlegalgroup.com

# SERVICES AGREEMENT

## **Services Provided**

The Consumer Legal Group PC, a licensed law corporation and its employed and affiliated attorneys (collectively "CLG") will provide legal services wherein it will represent you in connection with disputes you (may) have with the creditors listed below (see Enrolled Accounts).  CLG is prepared to do the following as part of its representation of you:

- Assist you in stopping creditors and any related debt collectors from harassing or contacting you in connection with any of the debts identified below;

- Dispute the legal validity of the debts identified below based upon information provided by you;

- Assist you in addressing erroneous or inaccurate information in connection with debts identified below;

- Represent you in any lawsuit filed against you in connection with any of these debts;

- Defend you against any collection activity or lawsuit on any debt identified below at any point in time, without expiration;

- Initiate legal action in a court of competent jurisdiction against any creditor that violates any state or federal law in connection with any debt identified below; and

- Determine your qualification for bankruptcy under Chapter 7 or Chapter 13 of the U.S. Bankruptcy Code, and counsel you regarding the procedures and effects of bankruptcy as well as your qualification to file the same.

Importantly, pursuant to relevant Rules of Professional Conduct, by way of general information and as a disclaimer, CLG makes no representation or guarantee that it will accomplish all of the tasks identified herein given that some matters, information, and

ID: 10017440 Signed: 2023-06-16T13:53:54-05:00

ability are outside and beyond CLG's control.

CLG (or its local counsel as designated on a case-by-case basis) will serve as your attorney for all purposes in connection with these disputes and will be available to render legal assistance necessary to resolve these debts. The fees that are set forth below are flat fees that are all-inclusive – no additional fee or cost will be charged by CLG at any time during the duration of your dispute with the creditors identified below. Fees paid to CLG are in connection and contemplation of the services described herein and are earned by CLG at the time they are paid and are for services rendered to you as set forth herein.

**Client Authorization**

You authorize CLG to challenge, where applicable and based on the information you provide, each of the debts listed below, which you believe and advise CLG to be in any way invalid, inaccurate, or otherwise without a legal basis. You also authorize CLG to obtain a copy of your credit report to assist in the process of analyzing your account and developing a strategy regarding the resolution of debts that are excessive or otherwise unauthorized by law. However, it is expressly understood and agreed that CLG is not a credit repair organization, is not engaged in credit repair, and will not be undertaking any work as to Your credit repair, even though CLG's work services towards resolving debt may have an effect and impact on Your credit. You further authorize CLG, acting under power of attorney for you, to affix your signature to documents sent on your behalf in relation to the matters addressed herein. Finally, you authorize CLG to communicate with you via email, text message, telephone, and facsimile. Any of the authorizations set forth herein can be revoked at any time by written communication to CLG.

**Description of Services to be Performed**

CLG will obtain your credit reports, analyze them, and develop strategies for correcting invalid or unlawful debts for which you should not be held legally responsible. Again, it is expressly understood and agreed that CLG is not a credit repair organization, is not engaged in credit repair, and will not be undertaking any work as to Your credit repair, even though CLG's work services towards resolving debt may have an effect and impact on Your credit. Where appropriate, CLG will use existing laws and interact with creditors and credit bureaus on your behalf to invalidate your debts and remove such invalid debts from your credit reports. CLG will also interact with collection agencies, as applicable, to invalidate your debts by requiring them to supply evidence of your indebtedness to them, or any other legal mechanism(s). CLG will also investigate your "delinquent" accounts in order to determine the most effective method for invalidating your debts or otherwise removing any legal liability for such debts, up to and including the initiation of lawsuits on your behalf against your creditors and their third-party debt collectors.

In addition, if a lawsuit is filed against you, CLG will represent you in such a lawsuit and will not charge any additional fees for such representation provided such a lawsuit was initiated after the date you sign this Agreement.  In the event a lawsuit was initiated against you before the date you execute this Agreement and you elect to have CLG represent you, an additional fee of $500.00 will be charged. Where appropriate, if legal fees are recovered from an adverse party, CLG will retain such fees for its services.  You will be responsible to pay any damages resulting from any lawsuit.  Any costs incurred in a lawsuit will be paid by CLG out of the fees set forth below, including the fees of any attorney retained on your behalf in a jurisdiction in which CLG is not admitted to practice law. No additional payment from you to CLG will be necessary for the defense of any lawsuit filed against you after the date you execute this Agreement. You will, however, be responsible to pay any damages resulting from such lawsuits or any settlements reached in the course of such lawsuits.

**<u>Fees</u>**

You will pay the fees set forth below for the legal services provided by CLG (CLG's services are outlined above). No fee or other cost will be charged or collected beyond the flat fee set forth below (or the $500 charge for a lawsuit that was initiated prior to Your signing this Agreement). This is the only amount that you have to pay to CLG for its services, which includes any cost, filing fee, or vendor's fee associated with CLG's representation of you, and this fee is not escrowed but rather earned received by CLG. This fee does NOT, however, include any settlement that you may have to pay to any creditor if you opt to settle a debt prior to or during the course of a lawsuit.

**<u>Refund Policy</u>**

You may cancel this agreement at any time and will not be required to pay for any further services as of the date of cancellation.  Any fee you pay, however, shall be deemed earned at the time it is paid and is not refundable.

**Debt Settlement**

You understand that CLG is not a settlement company and the fees you are paying are for the services of CLG's attorneys. It is expressly understood and agreed that CLG is not a credit repair organization, is not engaged in credit repair, and will not be undertaking any work as to Your credit repair, even though CLG's work services towards resolving debt may have an effect and impact on Your credit.

**Actions Required of You**

You agree to provide CLG with any and all correspondence you receive from any creditor, credit bureau, attorney, or court of law.  You further agree to keep a log of all communications, including telephonic and electronic communications, from any creditor or credit reporting agency to you from the date you execute this Agreement until the conclusion of your representation.

**Right to Conduct Business Electronically and Contact You**

You agree that CLG may contact you electronically and telephonically and that any and all business with CLG may be conducted electronically. You further agree that CLG may transmit data, including that regarding your credit profile, electronically.  You further agree that any electronic communication carries the risk of disclosure to a third party and that CLG will not be held responsible for any such inadvertent disclosure of information. A facsimile or email transmission of this signed agreement, via an email attachment or otherwise, will be as valid as the original signed agreement. This agreement may not be modified except in writing by both parties.

**Malpractice Insurance**

CLG hereby discloses that it maintains a malpractice insurance policy that covers its representation of you and that the limit of such policy is no less than $1,000,000.00 per claim and $1,000,000.00 per claimant. If you desire to make a claim against that insurance policy, you must first contact CLG and disclose your claim and the nature of the claim, at which point CLG agrees to assist you in obtaining any and all information necessary to prepare a file a claim.

**Applicable Law and Confidentiality**

You understand and agree that CLG is based out of the State of New York, is a licensed law corporation under the State Bar of New York, and that New York law applies to this Agreement.  You further understand that CLG is bound to strict rules of confidentiality and attorney-client privilege in connection with the rules applicable to attorneys licensed to practice law in the State of New York. You further understand and agree that you have sought the representation of CLG with full knowledge of its location and licensing, and

that CLG works with attorneys licensed in all 50 states and the District of Columbia as affiliated counsel to allow CLG to provide a complete representation of you in any state in which you are sued or in which a dispute might arise. You have the right to know the licensed attorney with whom CLG has affiliated in any state and at any time but understand and agree that CLG may choose to change the local attorney with whom it is affiliated in any given jurisdiction, provided only that at all times CLG shall have an affiliated attorney in all 50 states and the District of Columbia. At any time that You would like to know the identity of local counsel which is working on Your file, please do not hesitate to contact us though as part of our protocol, we often introduce You to local counsel as the matter develops.

This Agreement constitutes the entire agreement of CLG and You, it being understood and agreed that all prior and contemporaneous representations, statements, understandings and agreements, whether oral/verbal or written, between CLG and You or made on CLG's behalf, at any time, or which were purportedly made on CLG's behalf, concerning the subject matter of this Agreement, the scope of services to be performed, any guarantees or representations as to what CLG will do, are merged into this Agreement, which alone fully and completely expresses their agreement, and that the same is entered into after full investigation. You agree that you have not relied upon any statement or representation, of any kind, made by anyone, whether oral/verbal or written, not embodied in this Agreement made by the other or any third party acting on behalf of the other.

## **<u>Client Acknowledgements</u>**

By signing this agreement, you acknowledge that CLG has not instructed you to breach any contract, fail to make any required payment, or fail to perform any obligation you have lawfully incurred. CLG reserves the right to terminate this agreement if (a) required by the State Bar of New York Rules of Professional Conduct, (b) you refuse to communicate with CLG or respond to reasonable requests for information necessary to represent you in an effective way, (c) you fail to make timely payment of the amount due under hereunder, or (d) your payments are returned multiple times for any reason. CLG will not pay any of the debts identified below and does not guarantee that any debt you now have or may incur will be invalidated or settled in association with CLG's representation of you. You understand and agree that you must forward any communication you receive in printed or electronic form from any creditor, court, or representative of other a creditor or a court to the address, email, or fax number provided below and that you must keep a log of all telephonic communications with any creditor or credit reporting agency. You, the client, may cancel this Agreement at any time by submitting three days' written notice of cancellation by mail, email, or fax, and shall not be responsible for any payments due after the date of cancellation. A payment due within three days of the date of written cancellation shall be processed and shall not be refunded.

The monthly payments you are making are for the attorney fees associated and stemming from your representation by Consumer Legal Group.  The fees go towards the law firm handling your debts. The fees are split up into monthly payments to make it more affordable to you. If, at the end of the debt resolution process, Consumer Legal Group is unable to invalidate or resolve one or more of your accounts, you would likely be entitled to a refund for the fees paid for that or those accounts wherein Consumer Legal Group was unsuccessful in its efforts.

You may cancel this contract without penalty or obligation at any time before midnight of the 3rd business day after the date on which you signed the contract. A separate though related "Notice of Right to Cancel" is being provided to the Client contemporaneous with this Agreement. See the attached notice of cancellation form for an explanation of this right.

Client Signature: *Fatima Senderovic*

Date: 6/16/2023

Co-Applicant Signature:

Date:

**CONSUMER LEGAL GROUP PC**
**Aryeh Weber, Chairman**
**PO Box 412 Elmsford, NY 10523**
**Support@ConsumerLegalGroup.org**
**Tel. 212.920.1247**

ID: 10017440 Signed: 2023-06-16T13:53:54-05:00

# **Program Acknowledgements**

Please read the following carefully:

- The monthly payments I am making go towards Consumer Legal Group attorney representation fees.

- The attorney fees I am paying will go to Consumer Legal Group and not to my creditors. The fees do not accumulate towards a settlement, and they will not be used to pay my creditors.

- Consumer Legal Group is a law firm specializing in Debt Resolution; NOT debt settlement. I understand the difference.

- If I receive a lawsuit on an enrolled account, CLG will represent me and handle all legal proceedings at no additional cost.

- Depending on my current credit standing, this program may have a temporary negative effect on my credit.

- I understand that if any of the enrolled debts are auto loans, secured, or have any type of collateral, those items may be repossessed.

I understand and agree to the above acknowledgments

Client Signature: _Fatima Senderovic_

Date: 6/16/2023

Co-Applicant Signature:

Date:

## Enrolled Accounts

| Creditor | Account # | Debt Balance |
|---|---|---|
| JPMCB CARD | | $9,304.00 |
| PENTAGON FEDERAL CR UN | | $6,795.00 |
| SYNCB/LOWESD | | $4,114.00 |
| 60MONTHLOANS INC | | $3,181.00 |
| SYNCB/MC | | $2,719.00 |
| KOHLS/CAPONE | | $1,149.00 |
| CREDIT ONE BANK NA | | $757.00 |
| COMENITYCB/ULTA MC | | $524.00 |
| COMENITYBANK/VICTORIA | | $435.00 |
| UTILITY SELF-REPORTED | | $250.00 |
| TELECOM SELF-REPORTED | | $170.00 |
| UTILITY SELF-REPORTED | | $150.00 |
| TELECOM SELF-REPORTED | | $60.00 |
| | | **$29,608.00** |

## Client Intake Form

**Name:** Fatima Senderovic
**Address:** 100 Dale Rd, Wethersfield CT 06109

**Home Phone:** ██████████
**Cell Phone:** ██████████
**Email:** ████████████████████
**Last 4 SSN:** XXX-XX-7446

## Schedule of Payments

I agree to this payment schedule – **Client Initials:** _ΤS_

| Payment # | Process Date | Amount |
| --- | --- | --- |
| 1 | Jul 21, 2023 | $404.80 |
| 2 | Aug 04, 2023 | $404.80 |
| 3 | Aug 18, 2023 | $404.80 |
| 4 | Sep 01, 2023 | $404.80 |
| 5 | Sep 15, 2023 | $404.80 |
| 6 | Sep 29, 2023 | $404.80 |
| 7 | Oct 13, 2023 | $404.80 |
| 8 | Oct 27, 2023 | $404.80 |
| 9 | Nov 10, 2023 | $404.80 |
| 10 | Nov 24, 2023 | $404.80 |
| 11 | Dec 08, 2023 | $404.80 |
| 12 | Dec 22, 2023 | $404.80 |
| 13 | Jan 05, 2024 | $404.80 |
| 14 | Jan 19, 2024 | $404.80 |
| 15 | Feb 02, 2024 | $404.80 |
| 16 | Feb 16, 2024 | $404.80 |
| 17 | Mar 01, 2024 | $404.80 |
| 18 | Mar 15, 2024 | $404.80 |
| 19 | Mar 29, 2024 | $404.80 |
| 20 | Apr 12, 2024 | $404.80 |
| 21 | Apr 26, 2024 | $404.80 |
| 22 | May 10, 2024 | $404.80 |
| 23 | May 24, 2024 | $404.80 |
| 24 | Jun 07, 2024 | $404.72 |

**$0.00 has already been processed.**

**Electronic Payment Authorization**

**Bank Name:**
**Name on Account:**
**Account Type:**

                    Other (specify:
                    _____.)

**Routing Number:**
**Account Number:**
**Next Payment Date:**          Jul 21, 2023          **Amount:** $404.80
**Recurring Payment Start Date:**          Jul 21, 2023

By signing below, I authorize and permit CLG or their designees to initiate electronic funds transfer via an Automated Clearing House system (ACH) from my account listed above. I will also provide CLG with a voided check or savings deposit slip.

If necessary, CLG may make adjustments if errors have occurred during the transaction. The date of the draft is listed above, however, if the draft date falls on a weekend or bank holiday, the debit transaction will take place on the next business day. This authority will remain in effect until CLG is notified by the member in writing at least 5 days prior to the next scheduled draft date. No other forms of cancellation by members will be observed. If the debit is returned because of non-sufficient funds or uncollected funds, then the originator and its financial institution may reinitiate the entry up to two (2) times. The reversal of funds from a client's account that was drafted in error cannot be made until seven business days from the draft date. The member agrees to waive all rights of reversal or refusal of any payment on any draft that CLG may make against the member's bank account while services are performed. The member agrees with all of the provisions and conditions outlined within.

**Acknowledgment of Refunds & Draft Date Changes**

ACH Refunds: If a refund is due such will be made through the ACH process only. Refunds may take up to 10 days to process. In the event my EFT or draft is returned from my bank unpaid, I agree that a fee of $25.00 or as allowed by law may be charged to my account via draft or EFT. Furthermore, I warrant that I am authorized to execute this payment authorization and the above information is true and correct. Draft Date Changes: A client may stop any ACH debit by providing written notice to CLG at least three (3) business days prior to the scheduled payment. If you should need to notify us of your intent to cancel and/or revoke this authorization you must contact us three (3) business days prior to the questioned debit being initiated.

**Client Signature:** *Fatima Senderovic*
**Date:** 6/16/2023
**Printed Name:** **Fatima Senderovic**

**Preauthorized Checking and ACH Authorization Form**

**Account Owner Name:**

**Address:**    100 Dale Rd    **City:**    Wethersfield    **State:**    CT    **Zip:**    06109

**Mobile Phone #:**    **E-Mail:**    ███████████████

## DESIGNATED BANK ACCOUNT INFORMATION

**Bank Name:**

**Name as it appears on bank ACCOUNT:**

**Routing Number:**    **Account Number:**    **Checking or Saving:**

## DESIGNATED CREDIT/DEBIT INFORMATION

**Card Holder Name:**    Fatima Senderovic fsenderovic@hotmail.com

**Card Number:**    ████████

**Expiration Date:**    ██████

**CVC:**    ███

## DESIGNATED ACCOUNT PAYMENT AUTHORIZATION SCHEDULE

**Total Amount of Next Debit:**    $404.80    **Date of Next Debit:**    Jul 21, 2023

I hereby apply for and agree to establish a non-interest-bearing special purpose account (the "Account") with a bank ("Bank") selected by CLG and/or its successors for the purpose of accumulating funds to pay for such goods and services as I so direct, or any other service provider selected by CLG, to perform. This application is subject to Bank's customer identification program, as required by the USA PATRIOT ACT and other applicable laws, and accordingly, I hereby represent that the above information is true and complete to the best of my knowledge and belief. The bank account information provided above may be subject to account validation processes to include pre-notation and a $0.01 micro-deposit.

I hereby authorize Bank, directly or any other service provider selected by CLG, to administer the Account on my behalf by (a) periodically transferring and depositing funds to the Account, via any payment media currently in use, and (b) periodically disbursing funds from the Account pursuant to instructions that I may give from time to time. I hereby authorize payments from the Account for the fees and charges provided for in this application and in the agreement. I hereby grant permission for

ID: 10017440 Signed: 2023-06-16T13:53:54-05:00

Bank to share information regarding the Account with any service provider to facilitate the transactions I may initiate that involve the Account, and with any other party that is essential to the administration of the Account on my behalf.  My signature below provides permission to be contacted by phone at the number provided with this authorization.  A payment reminder will be sent to your phone number via Text Messaging prior to the payment schedule above.

This authorization shall remain in full force and effect until I provide a verbal or written termination notice to CLG or such other service provider as is selected by CLG. Any such notice, and any other written notice that is provided for in this Application or the Agreement, shall be sent to CLG directly at the address set forth in the Agreement.

Account Holder's Signature:    *Fatima Senderovic*          Date:    6/16/2023

ID: 10017440 Signed: 2023-06-16T13:53:54-05:00

**Consumer Credit File Rights Under State and Federal Law
Pursuant to 15 U.S.C. 1679c**

You have a right to dispute inaccurate information in your credit report by contacting the credit bureau directly. However, neither you nor any 'credit repair' company or credit repair organization has the right to have accurate, current, and verifiable information removed from your credit report. The credit bureau must remove accurate, negative information from your report only if it is over 7 years old. Bankruptcy information can be reported for 10 years.

You have a right to obtain a free copy of your credit report once every 12 months from each of the nationwide consumer reporting agencies. To request your free annual credit report, you may go to www.annualcreditreport.com, or call 877-322-8228, or complete the Annual Credit Report Request Form and mail it to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. You can obtain additional copies of your credit report from a credit bureau, for which you may be charged a reasonable fee. There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The credit bureau must provide someone to help you interpret the information in your credit file. You are entitled to receive a free copy of your credit report if you are unemployed and intend to apply for employment in the next 60 days, if you are a recipient of public welfare assistance, or if you have reason to believe that there is inaccurate information in your credit report due to fraud.

You have a right to sue a credit repair organization that violates the Credit Repair Organization Act. This law prohibits deceptive practices by credit repair organizations.

You have the right to cancel your contract with any credit repair organization for any reason within 3 business days from the date you signed it.

Credit bureaus are required to follow reasonable procedures to ensure that the information they report is accurate. However, mistakes may occur.

You may, on your own, notify a credit bureau in writing that you dispute the accuracy of information in your credit file. The credit bureau must then reinvestigate and modify or remove inaccurate or incomplete information. The credit bureau may not charge any fee for this service. Any pertinent information and copies of all documents you have concerning an error should be given to the credit bureau.

If the credit bureau's reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the credit bureau, to be kept in your file, explaining why you think the record is inaccurate. The credit bureau must include a summary of your statement about disputed information with any report it issues about you.

The Federal Trade Commission regulates credit bureaus and credit repair organizations. For more information contact:

**<u>Notice of Right to Cancel – Notice of Cancellation</u>**

You may cancel this contract without penalty or obligation at any time before midnight of the third (3rd) business day after the date on which you signed the contract.

To cancel this contract, mail or deliver a signed, dated copy of this cancellation notice, or any other written notice to Consumer Legal Group, P.C., at PO Box 412 Elmsford, NY 10523 before midnight not later than the third (3rd) business day after the date on which you signed the contract.

I hereby cancel this transaction.

Dated: _____

Client Name: _____

Client's Signature: _____

Client's Address: _____

ID: 10017440 Signed: 2023-06-16T13:53:54-05:00



Phone: 212-920-1247
support@consumerlegalgroup.com
PO Box 412 Elmsford, NY 10523
consumerlegalgroup.com

## LIMITED POWER OF ATTORNEY

I, Fatima Senderovic ("CLIENT"), hereby appoint Consumer Legal Group PC (the "FIRM") as my Attorney-In-Fact with the limited and specific power to communicate with all necessary persons and take all necessary actions to resolve the debts and/or accounts that were identified in the retainer/ enrollment documents between CLIENT and the FIRM or between CLIENT and Consumer Legal Group PC ("CLG") which may have been assigned to the FIRM if CLIENT has not executed new enrollment documents with the FIRM.

This Limited Power of Attorney expressly includes the authority to do the following:

1.   Communicate with all credit bureaus,

2.    Send debt/account disputes, requests for validation, and requests for deletion,

3.    Communicate with creditors and/or debt collectors,

4.    Negotiate debts/accounts with creditors and/or debt collectors,

5.    Respond to legal proceedings that have been initiated against CLIENT,

6.    Represent CLIENT in those legal proceedings, and

7.    Engage other competent counsel when reasonably and professionally necessary.

Notwithstanding FIRM's power to negotiate debts/account with creditors and/or debt collectors, unless time is of the essence, FIRM agrees to make reasonable efforts to discuss the terms of any settlement agreement with CLIENT prior to executing any agreements.

The authority herein shall include such incidental acts as are reasonably required to carry out and perform the specific authorities granted herein. FIRM agrees to accept this appointment subject to its terms and agrees to act and perform in said fiduciary capacity consistent with     CLIENT's best interest as FIRM, in its discretion, deems advisable.

This document is effective upon execution and expires upon settlement of the debt, commencement of litigation, written revocation by a party, or within two years (730 days) of execution.

CLIENT agrees that third parties which are provided with a copy of this document may act according to the intent of this document and to effectuate the enumerated items hereinabove. If CLIENT revokes this document, the FIRM shall, as soon as reasonably practicable, advise those third-parties to whom this document was sent that CLIENT revoked same. CLIENT may advise any third-party

ID: 10017440 Signed: 2023-06-16T13:53:54-05:00

which may be in contact with CLIENT that this document has been revoked. It is understood that until that third-party receives notice that CLIENT revoked this document, that third-party would be justified in continuing to act and honor this document as if it was not revoked.

Executed This Date: 6/16/2023

Client Signature: *Fatima Senderovic* Accepted:

Consumer Legal Group PC

Last 4 SSN: ████████

# Clixsign Completion Certificate



## Signature Package Details

| Final Status | Final Status Date | Package Title | Package ID | # of Signers |
|---|---|---|---|---|
| Completed | 2023-06-16T13:53:54-05:00 | Service Agreement and POA | 10017440 | 1 |

## Sender Information

| Name | Email Address | IP Address | Sending Entity |
|---|---|---|---|
| Chris Karalis | c.karalis@americasfirstfinancial.com? | 70.182.196.18 | Americas First Financial |

## Signers

Fatima Senderovic    SIGNER 1

**Email Address**
fsenderovic@hotmail.com

**IP Address**
32.221.64.119

**User Agent**
Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/ 114.0.0.0 Mobile Safari/537.36

**Package Opened At**
2023-06-16T13:51:18-05:00

**Signature Adopted At**
2023-06-16T13:53:44-05:00

**Package Signed At**
2023-06-16T13:53:54-05:00