UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|

FATIMA SENDEROVIC, and JASMIN
AHMETOVIC, Individually and for all others
similarly situated,
Plaintiffs,

v.

CONSUMER LEGAL GROUP PC, and
ARYEH WEBER,
Defendants.

3:24-cv-01326-VAB

JUDGMENT

This action having come before the Court for consideration of the Defendants'

Motion to Dismiss before the Honorable Victor A. Bolden, United States District Judge;

and, the Court having considered the full record of the case including applicable

principles of law and having issued a Ruling and Order on June 13, 2025 granting said

Motion, dismissing the Complaint but allowing the Plaintiffs until July 18, 2025 to file an

Amended Complaint, and stayed discovery.  No Amended Complaint having been filed,

the Court issued an Order on June 1, 2026 dismissing Plaintiffs' claims with prejudice.

WHEREFORE, it is hereby

ORDERED, ADJUDGED and DECREED that judgment is hereby entered

dismissing the case with prejudice, and the case is closed.

Dated at New Haven, Connecticut, this 2nd day of June 2026.

DINAH MILTON KINNEY, CLERK

EOD: 6/2/26

BY:  /s/ F. Velez
Frances Velez, Deputy Clerk